# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

SCANNED at BCF and Emailed on
5/16/23 by PM - 40 pages.
(date) (initials) (num)
41

Dwayne Breakiron Jr., )
    Plaintiff, )
                       )    Case No._____
v. )
                       )
Joshua Buck, dentist )
Tricia Payne, dental assistant )
    Defendants, )
(IN THEIR PERSONAL CAPACITY)

**FILED**
**05/16/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## PRISONER CIVIL RIGHTS COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Joshua Buck, Dentist at Branchville Correctional Facility (BCF) | 21390 Old St. Rd 37<br>Branchville, In 47514 |
| 2 | Tricia Payne, Dental assistant to Joshua Buck At BCF | 21390 Old St. Rd. 37<br>Branchville, in 47514 |

1. How many defendants are you suing? 2

2. What is the name and address of your prison or jail? Branchville Correctional Facility (BCF), 21390 Old St. Rd. 37, Branchville, In 47514

3. Did the event you are suing about happen there?   X Yes.   ◯ No, it happened at: _____

4. On what date did this event occur? February 7, 2023 through March 24, 2023

1

**CAUSE OF ACTION:** 42 U.S.C. 1983

**GROUNDS FOR ACTION:**

**GROUND #1:** Buck and Payne violated Plaintiffs 8th amendment right to the U.S. Constitution, cruel and unusual punishment, by knowingly delaying needed medical treatment while Plaintiff remained in extreme pain for 43 days.

**GROUND #2:** Payne violated Plaintiff's 1st amendment right to the U.S. Constitution, retaliation, by threatening to charge monies for informally grieving an issue, as IDOC policy states incarcerated individuals must do.

**GROUND #3:** Buck violated Plaintiff's 8th amendment right to the U.S. Constitution, cruel and unusual punishment, by knowingly not prescribing pain medication after Plaintiff told him he was in substantial pain from a tooth that needed to be extracted.

## CLAIMS AND FACTS

1. On 2/7/2023 I, Dwayne Breakiron Jr., an inmate at the Branchville Correctional Facility (BCF) was seen by the dentist Joshua Buck (Buck) and dental assistant Tricia Payne (Payne), collectively "dental", and received two fillings on the left side of my mouth. Both Buck and Payne are employees of Centurion, a private entity, which has contracted with the State of Indiana to provide dental care for inmates in the Indiana Department of Corrections (IDOC) at BCF. I told the defendants I am having extreme sensitivity and pain on the top right side of my mouth. The defendants told me to file another healthcare request form and submit it through the proper channels per IDOC policy.
2. On 2/8/2023 I saw the defendants again to talk about a grievance I filed about getting a healthcare request form back in the intra-facility mail. The form stated details concerning appointments and when I received the date to be rescheduled for an appointment. I was then told by the defendants that it would take six (6) weeks to be seen.
3. On 2/24/2023 I was again seen by Buck and Payne. I explained to Buck and Payne that I was having pain in a tooth on the right top side of my mouth. Payne took an x-ray and told me to gargle salt water.
4. By 2/27/2023 I was in extreme and unbearable tooth pain. So much so I could not sleep or chew food. I filed two more healthcare requests to be seen by Buck and Payne.

5. On 2/28/2023 I had Sergeant C. Ayers (Ayers), an IDOC employee, contact Buck and Payne because of the extreme pain. It was relayed to me by Ayers that one of the defendants told her that I would be called out to see dental on 3/1/2023.
6. On 3/1/2023 I was not called to dental. I was still having extreme tooth pain so I had Correctional Officer (CO) A. Joseph call dental. I was told to visit dental right then and when I arrived I saw Buck. He said he needed to conduct another X-ray because the last X-ray did not detail the roots of the teeth. I told him about the pain I was enduring and that I knew exactly which tooth was causing the pain. He told me he needed to conduct another x-ray when his assistant comes back to work. He stated that I should continue to gargle salt water and take pain relievers that are sold on commissary.
7. I was never provided any type of pain reliever, antibiotic, or care for the pain I was feeling. Buck assured me that I would be back to see him in a couple of days for another x-ray.
8. On 3/3/2023 Ayers relayed to me that she called dental and Buck told her I would be seen on Tuesday 3/7/2023; the same day I put in a grievance (grievance #152379).
9. On 3/7/2023 I was still having severe tooth pain. I have been gargling saltwater and taking too many ibuprofen and pain relievers that were purchased off the instituional commissary. I did not see the dentist on 3/7/2023 so I put in another healthcare request form explaining the pain I was having.
10. On 3/8/2023 the pain was extremely unbearable and I was still unable to sleep and eat. I had yet another CO (Ms. Gayle) email my case manager Ms. McClintic to express my pain and see if she could get dental to do something.
11. On 3/9/2023 Ms. McClintic called me into her office to inform me that she received Ms. Gayle's email and that she would email Payne about the pain I was in. That same day I had CO Mills call and talk to Buck.
12. On 3/10/2023 Buck called the dorm I resided in and spoke to Sgt. McCullum and Buck had me go to dental but only to give me salt and tell me he would see me the next week.
13. On 3/14/2023 Ms. McClintic called me into her office to detail an email she received from Payne that stated the multiple times dental has "seen" me and rescheduled me for 3/17/2023. I told Ms. McClintic that dental has seen me multiple times but they will not do anything to relieve the pain, except for issuing me salt and rescheduling me for later appointments. By this time I was out of pain relievers and was not provided any pain medication by dental, even at my own cost.
14. The last healthcare request form I submitted I checked the portion which indicates whom I wish to see, dental and sick call, in order to receive any type of pain reliever because I was out and BCF only allows incarcerated individuals to buy 1 box/container a month. I kept expressing to all staff and dental the pain I was going through and how it was affecting me. (i.e. eating, sleeping)
15. On 3/15/2023 I saw Payne and she had me sign a waiver saying I would be charged $5.00 for every healthcare request I submit even though that type of practice is against IDOC and BCF policy. This was Payne's attempt to deter me from getting dental treatment and to stop me from informally grieving the situation as IDOC policy states I should do in order to exhaust the offender grievance policy steps. Payne conducted yet another x-ray and I told her the delay tactics are inhumane because of the pain I was in.

16. On 3/22/2023 at approx. 8 a.m. I was summoned to dental by Buck just to be told that I would be rescheduled for another x-ray. I again explained to him what tooth was hurting and that I wanted it removed immediately but he insisted on another x-ray. Dental did not issue me any pain medication but again issued salt. As soon as I got back to my dorm I spoke to the person in charge of medical and dental at BCF, Richard Wright. At about 8:40 a.m. we spoke about my dental issues and he told me he would get me on the call out sheet because the dental assistant was not present today.
17. I called my mother and expressed my concerns and issues I was having with dental and the pain I was going through. She told me she was going to call to BCF to try and figure the situation out.
18. On 3/23/2023 I personally looked at the call out sheet for dental passes and saw that I was to be seen. Later, I saw Richard Wright, at 7 a.m., and he told me that I was not on the dental log even though I saw that I was. Co M. Bockting was present for our conversation and heard Richard Wright say this. Later that night I called my mother (Kathleen Banschbach) and she relayed to me that she spoke with Richard Wright and that I would be seen by dental "soon".
19. On 3/24/2023 I received another x-ray and finally had the tooth extracted that same visit. It only took Buck and Payne 20 minutes to conduct the x-ray and extract the tooth at issue.
20. After the procedure to extract the tooth Buck never issued any type of pain reliever, antibiotic, or inflammatory medication. Buck and Payne only gave me a plastic bag with gauze and salt.

5. When did this event happen?
   Before I was confined.
   While I was confined awaiting trial.
   X  After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   X No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ○ No, this event is not grievable at this prison or jail.
   X  Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

4

8. If you win this case, what do you want the court to order the defendant(s) to do?
I am requesting compensatory damages in the amount of $25,000 and punitive damages in the amount of $25,000.

___X  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

___X  I will keep a copy of this complaint for my records.

___X  I will promptly notify the court of any change of address.

___X  I WILL NOT send more than one copy of any filing to the court.

___X  I WILL NOT send summons, USM-285, or waiver forms to the clerk.

___X  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/16/20 23 at 9:15 am/pm.

_____Dwayne Brookiron_____          252900
Signature                                Prisoner Number

5