# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Dwayne Breakiron Jr., )
       Plaintiff, )    Case No._____
v. )
  )
Joshua Buck, dentist )
Tricia Payne, dental assistant )

<div style="border: 2px solid red;">

**FILED**

**05/16/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

</div>

## PRISONER MOTION TO PROCEED IN FORMA PAUPERIS

       I am a prisoner. I am unable to pre-pay the costs of this case or appeal. I have attached an official copy of my prisoner trust fund account statement showing every transaction for the last six months. I declare **under penalty of perjury** that these statements are true.

Dwayne        Breakiron

Signature _Dwayne Breakiron_      Prisoner Number    Date _5/15/23_
                                ZS 2900

---

### OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that every transaction for the last six months (or _____ months if the prisoner has been here less than six months) is listed on the attached prisoner trust account statement.

_Tina Van Hoosier_        _5-15-2023_

Signature of Authorized Officer      Date

_Tina Van Hoosier - Accountant 5_    _BTC_

Printed Name and Job Title        Name of Facility

6