IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DWAYNE BREAKIRON JR., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA BUCK, | ) | Case No. 3:23-cv-00084-RLY-CSW |
| | ) | |
| *Defendant.* | ) | |

## STIPULATION OF DISMISSAL

Come now Plaintiff Dwayne Breakiron, Jr. and Defendant Joshua Buck, D.D.S., by their respective counsel, and stipulate and agree that Plaintiff's claims should be dismissed in their entirety with prejudice.

KAHN DEES DONOVAN & KAHN LLP                DREWRY SIMMONS VORNEHM, LLP

*/s/ Craig R. Emig*                                    */s/Melanie A. Kalmbach*
Craig R. Emig, #28549-82                         Sean T. Devenney, #21440-53
KAHN DEES DONOVAN & KAHN LLP             Melanie A. Kalmbach, #34800-49
501 Main Street, Suite 305                       DREWRY SIMMONS VORNEHM, LLP
Evansville, IN 47708                                  736 Hanover Place, Suite 200
cemig@kddk.com                                      Carmel, IN 46032
*Recruited Counsel for Plaintiff*                 sdevenney@dsvlaw.com
                                                             mkalmbach@dsvlaw.com
                                                             *Counsel for Defendant Joshua Buck, D.D.S.*